JUDGE NATHAN

12 CV 5168

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRUDENTIAL INVESTMENT MANAGEMENT SERVICES LLC and PRUDENTIAL BANK & TRUST, FSB,

    Plaintiffs,

-against-

MICHAEL J. FORDE, et al.,

    Defendants.

Civil Action No.

ECF Case



## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Prudential Bank & Trust, FSB (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Prudential Financial, Inc.; and Prudential IBH Holdco.

Dated:  New York, New York
         July 2, 2012

**BRUNE & RICHARD LLP**

By: _____
    Hillary Richard.
    David Elbaum
    Matthew Popowsky
    BRUNE & RICHARD LLP
    One Battery Park Plaza
    New York, New York 10004
    (212) 668-1900

*Attorneys for Plaintiffs*